NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED POWDER SOLUTIONS, INC.,**
*Appellant*

**v.**

**SECRETARY OF DEFENSE,**
*Appellee*

---

2020-1267

---

Appeal from the Armed Services Board of Contract Appeals in No. 61818, Administrative Judge J. Reid Prouty, Administrative Judge Mark A. Melnick, Administrative Judge Richard Shackleford.

---

**JUDGMENT**

---

BRYANT STEVEN BANES, Neel, Hooper & Banes, P.C., Houston, TX, argued for appellant.  Also represented by SEAN D. FORBES.

NATHANAEL YALE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee.  Also represented by JEFFREY B. CLARK, ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 10, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |